# United States District Court

_____ DISTRICT OF _____
DISTRICT COURT OF GUAM

CLARISSA F. TOVES,
CHRISTINE D. GUZMAN, and
BRENDA L. HERNANDEZ

**SUMMONS IN A CIVIL CASE**

V.

RAYTHEON TECHNICAL SERVICES, GUAM, INC.;
SODEXO MARRIOTT SERVICES, INC.; NANA
SERVICES, LLC; MARIE KRAUSS; JOSEPH MAJKA;
and DOES I THROUGH XX

CASE NUMBER: **03-00018**

FILED
DISTRICT COURT OF GUAM
JUN 18 2003
MARY L. M. MORAN
CLERK OF COURT

TO: (Name and address of defendant)

Sodexo Marriott Services, Inc.
1st Floor, 138 Seaton Blvd.
Hagatna, Guam 96910

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SANDRA D. LYNCH, ESQ.
251 Martyr Street, Suite 101
C&A Building
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Mary L. M. Moran**
CLERK

JUN -9 2003
DATE

_____
(BY) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE JUNE 16, 2003 |
| NAME OF SERVER (PRINT) JAY ANDERSON | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED ON ATTORNEY FOR SERVICE HORECKY & ASSOCIATES 1st FLOOR J. PEREZ BLDG, 138 SEATON BLVD HAGATNA, GUAM

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/18/03
Date

Signature of Server

251 MARTY ST. Suite 101 CHA. Bld.
Address of Server
GUAM

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.