# United States District Court

DISTRICT OF ————————
DISTRICT COURT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
JUL - 7 2003
MARY L. M. MORAN
CLERK OF COURT

CLARISSA F. TOVES,
CHRISTINE D. GUZMAN, and
BRENDA L. HERNANDEZ

V.

RAYTHEON TECHNICAL SERVICES, GUAM, INC.:
SODEXO MARRIOTT SERVICES, INC.; NANA
SERVICES, LLC; MARIE KRAUSS; JOSEPH MAJKA;
and DOES I THROUGH XX

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **03-00018** (4)

TO: (Name and address of defendant)

Raytheon Technical Services Guam, Inc.
415 Chalan San Antonio #101-331
Tamuning, Guam 96911

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SANDRA D. LYNCH, ESQ.
251 Martyr Street, Suite 101
C&A Building
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within _____20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

**Mary L. M. Moran**
_____
CLERK

_Marilyn B. Alca_
_____
(BY) DEPUTY CLERK

JUN - 9 2003
_____
DATE

ORIGINAL

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE July 3, 2003 |
| NAME OF SERVER *(PRINT)* JAY ANDERSON | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): SERVED ON ATTORNEY FREDERICK HYRECKY AS AGENT OF SERVICE AT HIS LAW OFFICE, 138 SEATON BLVD, HAGATNA, GUAM

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___7/3/03___ _____
Date                              Signature of Server

251 MARTYR ST, STE 101, HAGATNA, GU
Address of Server

_____