DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone: (671) 646-1222
Facsimile: (671) 646-1223



Attorneys for Defendant Nana Services LLC

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| CLARISSA F. TOVES, CHRISTINE D. GUZMAN, and BRENDA L. HERNANDEZ, | ) ) ) ) | CIVIL CASE NO. 03-00018 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **ANSWER TO COMPLAINT** |
| RAYTHEON TECHNICAL SERVICES, GUAM, INC., SODEXO MARRIOTT SERVICES, INC., NANA SERVICES, LLC, MARIE KRAUSS, JOSEPH MAJKA, and DOES 1 THROUGH XX, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Defendant Nana Services, LLC hereby denies, generally and specifically, each and every allegation of the Complaint and Jury Demand [Title VII, the Civil Rights Act of 1964] (Complaint).

### AFFIRMATIVE DEFENSES

1. Plaintiffs have failed to state a claim upon which relief may be granted.

2. Plaintiffs' Complaint is barred by the statute of limitations.

3. Plaintiffs have failed to exhaust their administrative remedies.

ORIGINAL

WHEREFORE, Defendant Nana Services, LLC prays for judgment as follows:

1. That Plaintiffs take nothing from their Complaint;

2. For costs of suit; and

3. For such other relief as the Court deems proper.

Dated this 7th day of July, 2003.

DOOLEY LANNEN ROBERTS & FOWLER LLP

By: _____
JON A. VISOSKY
Attorneys for Defendant
Nana Services, LLC

F:\Documents\1\5 Civil\Nana Services LLC\Answer to Complaint.doc

2