MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
Suite 807, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090



Attorneys for Defendant Sodexho Management, Inc.

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| CLARISSA F. TOVES, CHRISTINE D. GUZMAN, and BRENDA L. HERNANDEZ, <br><br> Plaintiffs, <br><br> v. <br><br> RAYTHEON TECHNICAL SERVICES, GUAM, INC., SODEXO MARRIOTT SERVICES, INC., NANA SERVICES, LLC, MARIE KRAUSS, JOSEPH MAJKA, and Does I through XX, <br><br> Defendants. | CIVIL CASE NO. 03-00018 <br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I, RANDALL TODD THOMPSON, ESQ., hereby certify that I have caused a

copy of Defendant Sodexho Management, Inc.'s **ANSWER TO COMPLAINT**, to be served

ORIGINAL

**CERTIFICATE OF SERVICE**
**CIVIL CASE NO. 03-00018**

upon the **LAW OFFICE OF SANDRA D. LYNCH**, Suite 101, C&A Professional Building, 251 Martyr Street, Hagåtña, Guam 96910, via hand delivery, on the 22nd day of July, 2003.

Dated this 22nd day of July, 2003.

                        **MAIR, MAIR, SPADE & THOMPSON**
                        A Professional Corporation
                        Attorneys for Defendant Sodexho
                            Management, Inc.

                        By_____
                            **RANDALL TODD THOMPSON**

P03782.RTT