DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

Attorneys for Defendant NANA Services, LLC

FILED
DISTRICT COURT OF GUAM
JUL 29 2003
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| CLARISSA F. TOVES, CHRISTINE D. GUZMAN, and BRENDA L. HERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>RAYTHEON TECHNICAL SERVICES, GUAM, INC., SODEXHO MARRIOTT MANAGEMENT, INC. dba SODEXHO SERVICES, NANA SERVICES, LLC, MARIE KRAUSS, JOSEPH MAJKA, and DOES 1 THROUGH XX,<br><br>Defendants.<br><br>NANA SERVICES, LLC,<br><br>Cross-Claimant,<br><br>v.<br><br>SODEXHO MARRIOTT MANAGEMENT, INC. dba SODEXHO SERVICES,<br><br>Cross-Claim Defendant. | CIVIL CASE NO. 03-00018<br><br>**AMENDED CERTIFICATE OF SERVICE** |

1

I, **DAVID W. DOOLEY**, hereby declare that on July 28, 2003, I caused a copy of Defendant NANA Services, LLC's Amended Answer to Complaint and Cross-claim to be served upon the following:

> Sandra D. Lynch, Esq.
> Suite 101 – C&A Building
> 251 Martyr Street
> Hagåtña, Guam 96910
>
> Todd R. Thompson, Esq.
> Mair, Mair, Spade & Thompson, P.C.
> Suite 807, GCIC Building
> 414 West Soledad Avenue
> Hagatna, Guam 96910
>
> Frederick J. Horecky, Esq.
> Law Offices of Horecky & Associates
> 1st Floor, J. Perez Building
> 138 Seaton Blvd.
> Hagatna, Guam 96910

Dated this 29th day of July 2003.

_____
**DAVID W. DOOLEY**

F:\Documents\LROJAS\N139-Nana Services\Pleadings\Amended Certificate of Service.doc

2