LAW OFFICES OF
HORECKY & ASSOCIATES
1st Floor, J. Perez Building
138 Seaton Boulevard
Hagåtña, Guam 96910
Telephone: (671) 472-8275/6
Facsimile: (671) 472-8403

Attorneys for Defendant
RAYTHEON TECHNICAL SERVICES GUAM, INC.

**FILED**
DISTRICT COURT OF GUAM
AUG 12 2003
MARY L. M. MORAN
CLERK OF COURT

13

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| CLARISSA F. TOVES, CHRISTINE D. GUZMAN, and BRENDA L. HERNANDEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>RAYTHEON TECHNICAL SERVICES GUAM, INC., SODEXHO MARRIOT LLC., MARIE KRAUSS, JOSEPH MAJKA, and DOES I through XX,<br><br>Defendants. | CIVIL CASE NO. 03-00018<br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, Frederick J. Horecky, hereby certify that on the 12th day of August, 2003, I personally caused a copy of Defendant **RAYTHEON TECHNICAL SERVICES GUAM, INC.'S AMENDED ANSWER** to be served upon the following:

Sandra D. Lynch, Esq.
**LAW OFFICES OF SANDRA D. LYNCH**
Suite 101- C&A Professional Building
251 Martyr Street
Hagåtña, Guam 96932

David W. Dooley, Esq.
**DOOLEY LANNEN ROBERTS & FOWLER**
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96931

ORIGINAL

Todd R. Thompson, Esq.
**MAIR, MAIR, SPADE & THOMPSON, P.C.**
Suite 807, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910

Dated this 12th day of August, 2003.

LAW OFFICES OF
HORECKY & ASSOCIATES

By: /s/ Frederick J. Horecky
Frederick J. Horecky, Esq.
Attorneys for Defendant Raytheon Technical Services Guam, Inc.