SANDRA D. LYNCH, ESQ.
Suite 101 - C & A Building
251 Martyr Street
Agana, Guam 96910
Telephone: (671)472-6848
Facsimile: (671) 477-5790

*Attorneys for Plaintiffs Clarissa Toves, Christine Guzman,
and Brenda Hernandez*

FILED
DISTRICT COURT OF GUAM
SEP - 9 2003
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| CLARISSA F. TOVES,<br>CHRISTINE D. GUZMAN,<br>BRENDA L. HERNANDEZ,<br><br>    Plaintiffs<br><br>vs.<br><br>RAYTHEON TECHNICAL SERVICES,<br>GUAM, INC., SODEXO MARRIOTT<br>SERVICES, INC., NANA SERVICES,<br>LLC., MARIE KRAUSS,<br>JOSEPH MAJKA, and<br>Does I through XX,<br><br>    Defendants. | Civil Case No. 03-00018<br><br>**SCHEDULING<br>ORDER** |

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure and the Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows: Plaintiffs filed suit against their employers, Raytheon Technical Services, Guam, Inc., Sodexo Marriott Services, Inc. Nana Services, LLC, and the employer's agents, Marie Krauss and Joseph Majka and others under Title VII of the Civil Rights Act, alleging that they were discriminated against in their terms and conditions of their

employment. Defendants have filed Answers and amended Answers, and Defendant Nana Services has filed its Cross Claim against Sodexo Marriott Services.

2. There are no motions pending or filed in this matter. Discovery has not been initiated by any party at this time.

3. All motions to add parties and claims shall be filed on or before **October 10, 2003** and heard on **November 3, 2003** at 2:00 p.m.

4. All motions to amend pleadings shall be filed on or before **October 10, 2003** and heard on **November 3, 2003** at 2:00 p.m.

5. Status of Discovery:

   a) The times for disclosures under Rule 26(a) and 26(e) of the Federal Rules of Civil Procedure are modified as follows:

   1. The "initial disclosures" described in subsections (A), (B), (C) and (D) of the FRCivP Rule 26(a)(1) shall be exchanged by **September 15, 2003**. [Pursuant to local rules, these are not to be filed]

   2. The disclosure of expert testimony by plaintiffs' experts shall be made not later than **January 9, 2004.** The disclosure of expert testimony by defendants' experts shall be made by **February 20, 2004**;

   3. The "pretrial disclosures" described in FRCivP Rule 26()(3)(A), (B) and (C) shall be made at least thirty (30) days before the trial date or by **August 20, 2004;**

   b) The following is a description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery;

   **Plaintiffs:** Interrogatories, Requests to Produce, Admissions and depositions;

   **Defendants:** Interrogatories, Requests to Produce, Admissions and depositions;

6. ~~The parties shall appear before the District Court on **September 9, 2003 at 4:00 p.m.** for the initial scheduling conference;~~

Case 1:03-cv-00018    Document 14    Filed 09/09/2003    Page 2 of 5

| | |
|---|---|
| 1 | 7. The discovery cut-off date (defined as the last day to file responses to discovery) is **April 23, 2004**; |
| 2 | |
| 3 | 8. The anticipated discovery motions are Motions to Compel or Motions for Protective Orders. All discovery motions shall be filed on or before **May 14, 2004**, and heard on or about **June 11, 2004** at 11:00 a.m. |
| 6 | 9. The anticipated dispositive motions are Motions for Summary Judgment. All dispositive motions shall be filed on or before **May 14, 2004**, and heard on or about **June 11, 2004** at 11:00 a.m. |
| 9 | 10. The prospects for settlement are unknown at this time; |
| 10 | 11. The Preliminary Pre-Trial Conference shall be held on **August 31, 2004** at 9:00 a.m. (no later than twenty-one (21) days prior to trial); |
| 12 | 12. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before **August 23, 2004**; |
| 14 | 13. The proposed Pre-Trial Order shall be filed on or before **September 7, 2004** (no later than fourteen (14) days prior to trial; |
| 16 | 14. The Final Pre-Trial Conference shall be held on **September 14, 2004 at 3:00 p.m.** (seven (7) days prior to trial); |
| 18 | 15. The trial shall be held on **September 21, 2004 at 9:00 a.m.** |
| 19 | 16. The trial is a jury trial; |
| 20 | 17. It is anticipated that the trial will take 3 weeks to try; |
| 21 | 18. The names of counsel are as follows: |

For Plaintiffs:    Sandra D. Lynch
                   251 Martyr Street
                   Suite 101
                   Hagatna, Guam 96910
                   Telephone: (671) 472-6848
                   Fax: (671) 477-5790

For Defendant
Marie Krauss      Not identified

Case 1:03-cv-00018   Document 14   Filed 09/09/2003   Page 3 of 5

| | | |
|---|---|---|
| For Defendant Joseph Majka | Not identified | |
| For Defendant Raytheon Technical Services | Frederick J. Horecky<br>Horecky & Associates<br>1st Floor, J. Perez Bldg.<br>138 Seaton Blvd.<br>Hagatna, Guam 96910<br>Telephone: (671) 472-8275/6<br>Fax: (671) 472-8403 | |
| For Defendant Sodexo Marriott | R. Todd Thompson<br>Mair Mair Spade & Thompson<br>Suite 807, GCIC Bldg.<br>414 West Soledad Avenue<br>Hagatna, Guam 96910<br>Telephone: (671) 472-2089<br>Fax: (671) 477-5206 | |
| For Defendant Nana Services | David W. Dooley<br>Dooley Lannen Roberts & Fowler<br>Suite 201, Orlean Pacific Plaza<br>865 S. Marine Drive<br>Tamuning, Guam 96911<br>Telephone: (671) 646-1222<br>Fax: (671) 646-1223 | |

2. The parties wish to submit this case to a settlement judge;

3. The following issues will affect the status or management of the case:

a) At least one of the defendants is an off island resident;

b) Some of the witnesses are off island residents.

Dated this ___SEP 0 9 2003___.

HONORABLE JOHN S. UNPINGCO
Chief Judge, District of Guam

RECEIVED
SEP 0 8 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

*Submitted by:*

LAW OFFICE OF SANDRA D. LYNCH

By: _____
    **Sandra D. Lynch, Esq.**
    Attorney for Plaintiffs

*Approved By:*

| LAW OFFICES OF HORECKY & ASSOCIATES | MAIR, MAIR, SPADE & THOMPSON |
|---|---|
| By: _____<br>**Frederick J. Horecky, Esq.**<br>Attorneys for Defendant Raytheon Technical Services Guam, Inc. | By: _____<br>**R. Todd Thompson, Esq.**<br>Attorneys for Defendant Sodexo Marriott Services, Inc. |

DOOLEY LANNEN ROBERTS & FOWLER

By: _____
    **David W. Dooley, Esq.**
    Attorneys for Defendant Nana Services LLC

-5-