1    **SANDRA D. LYNCH, ESQ.**
Suite 101 - C & A Building
2    251 Martyr Street
Agana, Guam 96910
3    Telephone: (671)472-6848
Facsimile: (671) 477-5790
4

*Attorneys for Plaintiffs Clarissa Toves, Christine Guzman,*
5    *and Brenda Hernandez*

FILED
DISTRICT COURT OF GUAM

OCT 06 2003

MARY L. M. MORAN
CLERK OF COURT

15

6

7

8

9

10

11    **IN THE UNITED STATES DISTRICT COURT**

12    **DISTRICT OF GUAM**

13    CLARISSA F. TOVES,       )     Civil Case No. 03-00018
CHRISTINE D. GUZMAN,    )
14    BRENDA L. HERNANDEZ,    )
                          )
15        Plaintiffs        )
                          )     **DECLARATION OF SERVICE**
16                             )
17      **vs.**             )
                           )
18    RAYTHEON TECHNICAL SERVICES, )
GUAM, INC., SODEXO MARRIOTT   )
19    SERVICES, INC., NANA SERVICES,   )
LLC., MARIE KRAUSS,       )
JOSEPH MAJKA, and       )
20    Does I through XX,        )
                           )
21        Defendants.      )
                           )

22

23       I, Thomas J. Early, hereby Declare that, I inadvertently served the *original* Summons along
with a copy of the Complaint to:
24

25       Maria Krauss, The Hideout, 2410 Crestview Road, Lake Ariel, PA

26       on the 13th day of September, 2003 The attached copy of the Summons with my original
Return of Service accurately represents my efforts.

27                               Thomas J. Early
28                               Special Process Server

ORIGINAL

# United States District Court

_____ DISTRICT OF _____
DISTRICT COURT OF GUAM

CLARISSA F. TOVES,
CHRISTINE D. GUZMAN, and
BRENDA L. HERNANDEZ

V.

RAYTHEON TECHNICAL SERVICES, GUAM, INC.:
SODEXO MARRIOTT SERVICES, INC.; NANA
SERVICES, LLC; MARIE KRAUSS; JOSEPH MAJKA;
and DOES I THROUGH XX

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **03-00018**

TO: (Name and address of defendant)

Marie Krauss
C/O Sodexo Marriott Services, Inc.
1st Floor, 138 Seaton Blvd.
Hagatna, GU 96910

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SANDRA D. LYNCH, ESQ.
251 Martyr Street, Suite 101
C&A Building
Hagatna, Guam 96910

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Mary L. M. Moran**
_____
CLERK

/s/ Marilyn B. Alcon
_____
(BY) DEPUTY CLERK

JUN - 9 2003
_____
DATE



## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 9—13—03 |
|---|---|
| NAME OF SERVER *(PRINT)* Thomas J. Earley | TITLE Process Serurk |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: @ The Hideout 2410
Crestview Rd., Lake Ariel, PA 18436 (570-698-8023)

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

[ ] Returned unexecuted: _____
_____
_____
_____

[ ] Other *(specify):* _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $85.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-13-03
_____
Date

Thomas J Earley
_____
Signature of Server

c/o Related Legal Service
_____
Address of Server

2206 Jefferson Avenue
Dunmore, PA 18509

_____
(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.