Marie Krauss
194 The Hideout
Lake Ariel, PA 18436

October 3, 2003

SUMMONS IN A CIVIL CASE NUMBER 03-00018

SERVICE RECEIVED ON SEPTEMBER 13, 2003 ABOUT 10:00AM.

The answer to this summons will be presented in four parts.

    Part I - Items presented as evidence.

    Part II - Background information.

    Part III - Answers to specific allegations.

    Part IV - Summary

FILED
DISTRICT COURT OF GUAM
OCT 1 0 2003
MARY L. M. MORAN
CLERK OF COURT



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PART 1

ITEMS ENTERED AS EVIDENCE

Exhibit I - Bingo incident report - Date of incident February 18, 2001.

Exhibit I is the incident which led to the suspension of Chris Toves. This was prepared on February 20. 2001. One of the customers who was present wanted to tell Mr. Majka what she had witnessed, but he never contacted her. Her name is Antoinette Cruz, who works for the Guam School system in the food service department. I believe that her husband worked for security on the Navy Base.

Exhibit II - Record of employee conference for Controller (Marie Krauss) dated Feb 14, 2003.

Exhibit II indicates that this was the first time I was approached about the January complaint. I asked why I had not been question about the allegation at an earlier date, when I would have remembered the details more clearly. I was told by Joe Majka that he had been told not to discuss it with me.

Exhibit III - Analysis of exhibit IV

Exhibit IV - Bingo schedule for week October 15-21, 2001. This is the only schedule that I have in my papers. I believe this is a representative work schedule after the 3 bingo operations were combined in one operating unit (August 2001). Prior to this each unit manager (Rumors, Top of the Mar, Golf Course) was responsible for scheduling the employees who worked bingo in their unit from the employees assigned to the unit and calling another manager if they needed additional staff.

*****************************************************

## PART II

### BACKGROUND INFORMATION

Management of the hourly employees was the combined responsibility of both Sodexho and Raytheon. Sodexho responsible for supervising the day to day operations, including scheduling employees, supervisions of employees, turning in employee time sheets, and handing out paychecks.

Raytheon was responsible for handling all Human Resource (HR) matters. Sodexho management was not allowed to do anything without first discussing it with Raytheon HR.

I was assigned to work on Guam as the **operations controller.** December 2000 I was asked to be the Bingo Program Manager in addition to my controller responsibilities. What this was to involve was that I would coordinate the bingo program. This meant that I would be scheduling special events, incorporating new and exciting games, and working to tighten up the operation to maximize profit. I would be working with the bingo coordinators (Chris Toves being one) and the unit managers. All other day-to-day matters were to be handled by the unit managers. A meeting was held in January 2001, where the organization was discussed and the responsibilities of all of the individuals. This meeting was attended by Joe Majka, Harvey Bisson, Linda Bahr, Keith Swindell, Chris Toves, Dorothy Abante, Ana Mesina and myself.

I will tell you how I remember the history of the bingo operations. You must remember when we took over the operation in April 2000 I was the controller and only looking at things from a financial standpoint. (I will give a timeline to he best of my memory since I was unaware of any problem until I was served these papers. If I had been aware, I would have had all of the information together before I left Guam. I am now piecing together dates from a couple of memo I have and the bingo results from September 1, 2000 through January 16, 2002.) I know nothing that happened after I left the Island in March 2002.

April 2000 (Sodexho assumed Navy contract) - At this time I believe there were two Bingo crews one working only the Golf Course and the other working the Top of the Mar (TOM) and Rumors. At that time there were 3 bingo sessions at the Golf Course, 4 sessions at both Rumors and the TOM per week.

Some time around September 2000, Harvey Bisson decided he wanted his own crew. I believe the TOM crew was hired in November 2000 (their hire dates will have to be checked with Raytheon). The crew, which was assigned to work, TOM was assigned to only work at Rumors where they were needed. A couple of the employees than had work duties involving Bingo and the Restaurant. I do not know anything about the hiring of these TOM employees, which was done by Harvey working with Joe Majka and Raytheon HR.

December 2000 - I was to take on the bingo **program** management as a temporary assignment in order to streamline the program and make it more profitable. (Since I was the fulltime controller with three accounting employees responsible for all of the financial reporting of Sodexho on a daily basis I could not handle the management of the bingo program.)

January 2001 - The meeting described above and copied here took place. (A meeting was held in January 2001, where this this organization was discussed and the responsibilities of all of the individuals. This meeting was attended by Joe Majka, Harvey Bisson, Linda Bahr, Keith Swindell, Chris Toves, Dorothy Abante, Ana Mesina and myself.)

The number and pattern of session stayed as previously stated, unless the Navy needed the space for an official function. In November 2000 TOM went to only 3 Bingo session a week. In April 2001 there was a reduction in the number of session at TOM. I am not sure of the exact reasons, I believe part of it was for renovation of the facility and I believe the rest was due to the Navy's changing policy on Bingo.

September 1, 2001 - The Bingo program was combined into it own program with 2 bingo managers (Dorothy Abante and Ana Mesina). Up to this point the unit manager handled management, scheduling, HR, and payroll. On September 1, 2001 these functions were taken over by the two Bingo managers who reported directly to Joe Majka. The bingo managers worked with me on matters of running the program and the results.

September 12, 2001 - All Bingo operations were closed down. They resumed play at TOM on September 29, 2001 and October 4, 2001 at the Golf Course. Until I left Guam in March 2002 bingo never resumed play at Rumors. To compensate for the lost play at Rumors 3 matinee sessions were added at TOM. This resulted in 5 session at both TOM and the Golf Course weekly.

November 4, 2001 - Beginning that date the Saturday bingo session was changed from TOP to the Golf Course. This resulted in 4 session at TOM and 6 session at the Golf Course weekly. This continued until I left Guam.

Scheduling of Bingo crews - The Unit managers were responsible for staffing the bingo program in their own units until September 1, 2001 when the 2 Bingo managers assumed the responsibility. Exhibit III is a weekly schedule that was used by the managers.

The Navy MWR was giving Sodexho directions on when and where the Bingo sessions could be played. Sodexho through Joe Majka would communicate with Navy MWR to allow changes in play location rather than loosing bingo play session due to policy changes or official Navy events.

*****************************************************

PART III

ANSWERS TO SPECIFIC ALLEGATIONS

1. UNDER JURISDICTION - NUMBER 8 -- Marie Krauss was at no time an acting manager at the Top of the Mar. She was the operations controller and in charge of the Programming of Bingo. The day to day management of the Top of the Mar including the bingo program was the responsibility of the TOM management team. This is stated by Joe Majka on page 2 of exhibit II (highlighted area). In September 2001 the bingo program became its own unit under the management of two other managers.

Marie was not involved with the hiring, training, scheduling, individual requests or problems of employees, or payroll reporting. Marie was responsible for all of these functions of the accounting department. After being assigned as bingo program manager she did work with Chris Toves as it related to the program. Marie was only involved in the financial aspects of the TOM as one of many subunits. The unit managers had the total responsibility for the unit finances that were reported to the accounting office. Marie and her department were responsible for reporting the whole operation finances to Sodexho, Raytheon, and the Navy.

2. All employees were hired by the managers of the units. In this case Harvey Bisson at TOM. Harvey is the person responsible for their training also. I was not involved in any way in the bingo program at that time. I believe that he sent them to work with the other bingo staffs at the Golf Course and Rumors. Until the bingo program was combined into one unit September 1, 2001 each employee was an employee of only that unit. The manager of any unit could staff their unit the way that they wanted to run the program successfully. If a unit needed help the manager was to call another unit to obtain an employee.

Because of building problems, Navy official functions and lack of attendance bingo programs were cancelled at TOM.

In September 2001 when the bingo program was combined with their own managers, the employee scheduling was also combined in one unit. Exhibit IV is a sample schedule, which I found. Exhibit III is an analysis of exhibit IV. I believe that most weeks were similar to this, as work schedules fall into a pattern based on people preferences and availability. I really had nothing to do with the scheduling except to say how many positions had to be covered to give the best service. I did construct this form in the computer so that the managers would have a working form.

I don't believe that any scheduling was done according to a person's background, but according to the unit that they were assigned. In fact the background of a person had nothing to do with anything. From looking over exhibit IV I believe that 3 or 4 other are also of Chamorro descent. I believe that 2 are Philippino, which may be considered a Pacific Island.

3. ALLEGATIONS 32 - 37 -- Exhibit I should be reviewed here. This is in fact the reason for the suspension of February 21-25, 2001. I believe that I have nothing further to add to that document. I had even forgot some of the details that are in the 2 1/2 years since the incident.

Chris Toves was not banned from working in any other unit. The determining factors were made by the unit managers and the positions, which they needed, filled. Employees were paid different rates of pay for their specific position. One of the managers did tell me there were certain individuals who she did not want to work for her. It was in fact that manager's personal preference.

4. ALLEGATIONS 38 - 40 -- The Sodexho general policy is that a person is required to submit a Dr.'s note after 3 days of no work for illness. I believe this was the Raytheon policy. That would have been the policy that I was enforcing and not one day as stated.

When it was decided to hire managers for bingo. The unit managers posted the position for the required time. We received no application from Chris Toves. It was also posted in the local paper. The two people hired as managers were the bingo coordinators who had applied for the position from the other units. In fact these two employees had been in their position longer than Chris Toves had.

I don't recall telling the employees to only speak English. With so many of our customers speaking Tagalog it was only natural for our workers to speak it also. I didn't know that this came up as a problem.

I was unaware that Chris Toves had left her employment. She was still working for the bingo program when I left Guam.

## 5. SEXUAL DISCRIMINATION AND HARASSMENT

None of this was reported to me. Joe Majka was the person for the most part who was talking with Sharyl Hofer and Raytheon HR. No employee discussed any of this with me. As previously stated managing the employees was not my responsibility.

I didn't even go to the bingo playing sessions most of the time. When there I usually left after a couple of games unless for some reason there was a short staff.

## 6. VIOLATION OF EQUAL PAY ACT

Each club hired the individuals working in their unit and put them in a pay category. The rates for each category were set by the Government.

As described in the general information the days and hours of operation of the bingo operation were determined by what the Navy would let Sodexho run. In order for the program to run after September 11, people had to work other units in order to work any hours. If they couldn't or didn't want to there would not have been any work.

I am only award of one non-employee ever working bingo and receiving any money. I don't even remember the reason. I do believe it was only a couple of hours as stated in exhibit I. This person signed a petty cash slip. If this happened on any other occasion I am not aware of it. The only way we would have found out is through the signed petty cash receipts.

More specific payroll information would have to be obtained from Raytheon. None of this went through me. I was not aware of any classifications until September 2001 when all employees went into one unit. At that time Raytheon gave me a paper with each employees classification, but not the rates. I than tried to arrange for all employees doing the same job have the same classification. I presented my recommendations to Sharyl Hofer - Raytheon HR. Their decision on what could be done was final.

## 7. IMMIGRATION-RELATED UNFAIR EMPLOYMENT PRACTICES

This was a Raytheon responsibility.

## 8. VIOLATIONS OF PRIVACY AND THE FAMILY LEAVE ACT

To the best of my recollection this is what happened as it relates to the ALLEGATIONS 65-72.

Harvey Bission called me the day that Chris Toves called in and told me something bad had happened to her daughter at school and that she would have to be out. He asked me when I went to lunch at Rumors to see if I could get some one to work for her that night. When I went to Rumors I discussed this with Linda Bahr and we asked Jessica Ageon who was working lunch at the time if she could work that night. She said yes. The only comment that I stated was what Harvey had stated to me. That is the only time I ever talked to Jessica on this subject. Those were the only details I ever had about this matter. Even when Chris Toves called me she never gave me any additional information. I could not have discussed any other information with anyone since; to this day no one has old me any details. I expect this grew larger since people hear things and it grows. I never discussed anymore with anyone else other that something had happened to her daughter. I really don't know why Harvey called me rather than Linda to get him a person; I didn't even have the phone numbers of the employees.

When someone is on a leave it protects their employment while they are unable to carry out their responsibilities. This is to allow the person healing time. Likewise with Chris the only reason why the employees were to call us directly was so that Sodexho management could make decisions as soon as possible. During this time nothing is required of the person, as they are not receiving pay. When a person comes back than everything that has happened is discuss with them so that they can continue their job.
It was only right for the employees to call an active manager so that they could communicate directly with them. When the other employees called Chris she would have to call Sodexho and than she would have to call the employee back. Since she was not receiving any pay at this time she was not to do any work. If someone wanted to call her to tell her what was going on that was up to them. I was only concerned that she had to call us and tell us that someone wouldn't be coming to work or a similar business matter.

I have read that Chris Toves made a complaint in January when she came back to work about this incident. Nothing was mentioned to me until the middle of February. I asked Joe Majka at that time why this had not brought up earlier when everyone could have remembered the details better. He told me that he was told not to say anything about it to me. I didn't ask him who had made that decision.

No one ever sat Chris Toves and myself down to iron this out. I expected it was all worked out until the incident discussed in exhibit I. As you can see from exhibit II I also received a write up for the matter.

I would never havesaid in reguard to this incident that Chris Toves was not coming back to work. We all knew when she was ready she would be back. I might have said that I didn't know what was happening in reference to the February 20, 2001 incident.

## 9. OTHER INFORMATION

The very last day I worked as bingo program manager, Joe Majka asked me to go to the Golf Course and have a meeting with Keith Swindell, Chris Toves, and Ana Mesina or Dorothy Abonte about an incident the prior session that she worked. I have no idea what happened. As I remember it I was to send her home with pay for the session. I believe that Joe Majka had to talk to Raytheon about the incident. The following day I had nothing more to do with the bingo program so that I could get everything in the accounting department ready before I left Guam. I believe that this took place about January 16, 2002. During this meeting Chris said that she understood what was going on. She also made the statement in front of these others that she had had a problem with me before, but that I had changed and that now she had no problems with me.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SUMMARY

I believe that this case has put much of the responsibility for what Chris Toves and the others preceived as being my responsibility. Other managers, Raytheon and the Navy made most of the decisions.

I was not included in any conversations on problems except the complaint filed in January 2001 which I found out about the middle of February 2001 and the incident which February 18, 2001.

I never had any scheduling, payroll or employee evaluation responsibilities for bingo.

I will also tell you I have not been kept in the loop concerning this case. The first time I heard anything when Sheryl Hofer called to ask me something about some bingo employees and asked who had filed the complaint. I said I didn't know of any complaint and she said to forget that she had said anything.

I heard from someone living on Guam the last week of July 2003 that there had been a large suite filed by some workers from the TOM against Sodexho and Raytheon.

The next thing that happened was that I was served these papers. I will tell you that I have to this day heard nothing from Sodexho.

If I had know about this before I left Guam I would have made sure I had more information to give you.

Most of the items mentioned in this case I could do nothing about. I was either not informed of the problem or the allegation was clearly not apart of the scope of my responsibility as indicated in exhibit II. Joe Majka and Raytheon handled other HR issues.

When the bingo managers were selected the managers of the three units and myself were in on the initial screening. Joe Majka did make the finial selection with our recommendation.

I do believe that all of the blame is being placed on me. I believe that Joe Majka and Raytheon did not clarify, when there was a problem, the correct person responsible.

I also believe that Sodexho did not keep me in the loop so that I could have sat down with Chris Toves and worked out an understanding. When there is a problem with my staff I always sit down the parties and come to an understanding so that the past can be put behind us and we can go forward performing our daily responsibilities to the highest standards.

I hope I have done a good job explaining what was going on as it related to the bingo program.

Marie Krauss

*Marie Krauss*

# BINGO INCIDENT REPORT

Unit: Top O'the Mar                    Date: Feb. 18, 2001

INCIDENT THAT OCCURRED: Chris Tovis and Marie Krauss

WITNESS TO THE OCCURRENCE: Brenda only person who was there all of the time Damen during part and Noel during part. Customers heard everything that Chris had to say.

EXPLANATION OF WHAT HAPPENED:

I arrived at the top around 3:45 PM to get a copy of the Power Bingo Sales Report and to go over what was to be printed on the customer program for the change of game which was to begin on Wednesday. I received the report. As I tried to explain what needed to be done and go over the program, Chris left to make copies of the program for the session. When she came back, because I wanted to leave, I tried to tell her what I needed and only said two words and she started to scream at a voice level that everyone inside the dining room, kitchen and probable some outside could hear. The problem is the language that she was using in front of our customers who were sitting on the other side of the room.. She continuously used the work "FUCK" as an adjutive probably as many as 20-30 times. (The number of times is only a guess.)

*It is my opinion that she snapped and was totally out of control.* Damen had to come in and physicaly restrain Chris. He took her out of the area. At some time during this Brenda tried to get out of the area. I just sat on the chair and said or did nothing. I knew that nothing I would say would calm the situation.

Chris enter the dining room again, where all was the same as when she had left, and started what I would call yelling again. This time she started saying that she was quitting. Than she started saying bad things to and about me ( to the point that I would call them slander). At this time she said I was doing this because she was Chamorian - the strange thing this is the first time I knew that she was Chamorian since there are so many people of different origins what a person is never crosses my mind. She than took her things went over to Pauline, personally saying good by to her. As she was leaving she started again with the fuck work and saying bad things to and about me. As she was leaving she told Chris Guzzman that she should be leaving also.

At this point Noel and I went into the office to regroup for the evening. I called Dorothy to come up and check out the program for the evening. Than I believe that Damen brought Chris to the office and she said she was going to work out the night. I said I didn't think he could let her work after what had happened in the dining room. Noel left, leaving Chris and I in the office. Chris started accusing me of the allegation which she said she made to Raytheon in a letter on Jan 3, when she came back to work. I have not seen this and had not heard of this I told her until the Saturday before she say Joe, Sharyl H and I in the room. She couldn't believe that I had known nothing. I told her to ask Joe. I told her I hadn't said what I have been told she has said I was discussing. She than told me I wouldn't let her or Chris G. work at Rumors for the Bingo Bash I told her this was not my but it was Linda who said she didn't want either of them working. I relayed that information to Harvey. I don't know what he told them. She than told me that we had Dorothy's husband working. I told her that he helped out for only two hours. She said that was not true since she had been told by a customer. I told her she needed to check out what she is listening to. I told her when I received a report I made sure before I acted or believed it I talked to all of the people including someone I found who was not involved. I told her that I had her in my asking her question before I could make a decision.

The decision was made that she should not work Sunday night. How could we let someone work who been using the FUCK word in front of our customers, having said she quit, after she said good buy to one person. We don't allow this kind of language in our work areas, so why after this display should she have been allowed to work. According to the Raytheon Rules and Regulation what she did falls under rule 5, 7 and 27. Since this was a Sunday evening it seemed reasonable to not allow her to work until after HR had been involved. Noel told her to call HR on Tuesday morning. This ended the incident.

My comments: I have never seen so much hate in a person. This was an event that was waiting to happen During her screaming she said she was told she would not have to work with me. If this was the case than I can understand her buildup of anger over the month. I do believe that this should and would never have happened if the original complaint had been checked out with the people that she said I had told these things to. I believed that I had never said these things and I am now positive. Dorothy , came in after checking the

computer and finding the program messes up - a condition that I had found on Wednesday and went over with Chris, I asked Dorothy what I had said to her about Chris's daughter. She said I had only said that something had happened at school. She informed me that she had heard details of it from Jessica. Details that I have not heard. How do we get to the truth?? Well, we ask the people who supposedly were the passers of the information. This was never done. I am angry, That I was not given the information timely, so that I could have gotten to the bottom of it and got it straightened out. I have been blamed for several later things which I did not do or did not happen as reported or believed by Chris.

I did nothing but try to run the bingo program according to the procedures laid out at our January meeting with all of the Bingo Managers and Bingo Coordinators. If something is not being done or being done incorrectly than it needs to be addressed. It does not matter who the person is. The program was to be set up one session ahead in case something happens. This was not being done. Sunday night the programs or admission sheets hadn't been printed by the time I had arrived. The staff had not been checking the bad check list up until Wed and had taken checks from people on the list.

On 1/24 there is an incident report filled out on all of the things which were not being done correctly. This was to the manager. I did go over this with Chris in Damian's presence on 1/24.

PREPARED BY:   Marie Krauss                                    DATE:        2/20/01

FAX TO GENERAL MANAGER - 472-3363
FAX TO BINGO PROGRAM COORDINATOR - 564-1897
GIVE COPY TO UNIT MANAGER



*Exhibit II page 1*

*This is around the date when Joe, Majka, Sherri Hoffer and I discussed Chris's complaint of Jan 3.*

**ASSOCIATE'S NAME:** Marie Krauss

**POSITION:** Controller   **DATE:** 14 Feb 01

**Purpose of Conference:** First written conference on the following:

### 1. Breach of Confidentiality

It was reported to Sharyl Hofer, RTSG Director of Human Resources, that personal and confidential information provided to you by Clarissa Toves on 20 Dec 00 was discussed by you to other employees who did not have a need to know. And although it may not have been verbalized to maintain the conversation private, any medical or personal information should be construed as such.

Additionally, Christine Aguon reported to Ms. Hofer that when Christine returned to work after a two week absence, fellow employees and even Bingo customers at the Top O' The mar were surprised, stating that they thought, according to you, she was terminated.

### 2. Verbal negativism towards Sodexho Guam Team management and questioning of policy

In a conversation this week that you were concerned with the policy of Mr. Harvey Bisson, Sodexho Manager of the Top O' The Mar, that he was able to get a free airline ticket back to the States for his daughter, and that you were also unhappy that Mr. Bob Foote, Sodexho Manager of the Sumay Cove Marina, was not able to have his wife get a free ticket to the mainland. I myself have heard you be negatively demonstrative with respect to Mr. Bisson. Any prior contractual agreements between my managers and Sodexho Services are private and confidential.

### Action Taken:

Your position on Guam as the Unit Controller is extremely critical to the success of this operation. You are looked upon as "the financial expert" for this company and the $12M annually we managed. Managers, employees, our Client and customers look to you for financial direction and advice. When you talk, people do listen. And now with the added responsibility of being the Bingo Manager, you daily interact with our different teams and over 1,000 customers weekly. It is absolutely essential that you speak to everyone with the utmost of professionalism at all times. We have set the tone as the "Number one Sub-Contractor" on this A-76 project. This must be upheld at all times. Confidentially must be honored always. The simplest comment to the wrong person could and has triggered the response as outline in items 1 and 2. Additionally, any issues you see or have with anyone should be discussed confidentially with me and together; we'll decide the next steps.
We have been successful in fostering a team presence on Guam. It will not take long for that to dissipate when we make "public" negative comment about each other. Again, bring your concerns to me, we'll address them.

**Manager's response to this conference:**

**Type of disciplinary action, which was taken:**

None at this time. This first written warning serves notice to the concerns addressed, and the corrective action that is required. Direct management of the three Bingo teams at Club Rumors, ✱ Top O' The Mar and Admiral Nimitz Golf Course will be the responsibility of the Club Managers. Your responsibility lies in the overall program management of the Bingo operation. In light of your position and it's importance to the contract, failure to resolve these issues will result in disciplinary action and possible removal from this position on Guam.

_____        _3/8/01_____
**Managers Signature**                  **Date**

_____        _____
**Associate Signature**                 **Date**

\*\*\* If the associate refuses to sign, a witness should sign to indicate the form was read to the associate.

_____        _____
**Witness Signature**                   **Date**

Exhibit 3

ANALYSIS OF BINGO SCHEDULE HOURS FOR Oct 15-21, 2001

SCHEDULED HOURS

| Name | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday | Total |
|---|---|---|---|---|---|---|---|---|
| J.R. | 5 | | 5 | 5 | 5 | | | 20 |
| Khryz | 6 | | 6 | | 6 | 7 | 7 | 32 |
| Ludy | 6 | | 6 | | 6 | 7 | 7 | 32 |
| Rodney | 6 | | 6 | 6 | | 7 | 7 | 32 |
| Lolet | 5 | | | 5 | 5 | | | 15 |
| Dan | 5 | 5 | | 5 | 5 | | | 20 |
| Mary | 5 | 5 | 5 | | 5 | | | 20 |
| Chris G | 5 | 5 | | | 5 | | 7 | 27 |
| Brenda | | 6 | | 6 | 6 | 7 | 7 | 32 |
| Chris T | | | 6 | 6 | 6 | 7 | 7 | 32 |

Note: Chris G - Monday through Friday could not begin work until 5:30pm.
I believe that there were only 4 of the bingo crew who were available to work the matinee sessions.
They were J.R., Khryn, Ludy and Brenda.

Exhibit 4

# BINGO SCHEDULE

DATE Oct 15-21, 2001

## RUMORS

| POSITION | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| CALLER | | | | | | | |
| CASHIER | | | | | | | |
| SELL-VARIFY | | | | | | | |
| SELL-VARIFY | | | | | | | |
| SELL-VARIFY | | | | | | | |
| | | | | | | | |
| Date: | 10/15/01 | 10/16/01 | 10/17/01 | 10/18/01 | ###### | 10/20/01 | 10/21/01 |

## TOP O'THE MAR

| POSITION | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| CALLER | J.R.12a-5p | No Bingo | J.R.12a-5p | No Bingo | J.R.12a-5p | | |
| CASHIER | | | | | | | |
| SELL-VARIFY | | | | | | | |
| SELL-VARIFY | | | | | | | Chris T. 1p-8p |
| SELL-VARIFY | | | | | | | Chris T 4p-11p |
| | | | | | | | |
| Date: | 10/15/01 | 10/16/01 | 10/17/01 | 10/18/01 | ###### | 10/20/01 | 10/21/01 |

## GOLF COURSE MAIN ROOM

TOM

| POSITION | Start | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|---|
| CALLER | | | | Rodney 4p-10p | J.R. 5p-10p | | No Bingo | No Bingo |
| CASHIER | | Lolet 5p-10p | | Lolet 5p-10p | Lolet 5p-10p | Lolet 5p-10p | | |
| SELL-VARIFY | | | | Chris T.4:30p-10:30p | | | | |
| SELL-VARIFY | | Mary 5p-10p | Mary 5p-10p | | Chris T.4:30p-10:30p | Mary 5p.m. | | |
| SELL-VARIFY | | | | | | | | |
| | | | | | | | | |
| Date: | | 10/15/01 | 10/16/01 | 10/17/01 | 10/18/01 | ###### | 10/20/01 | 10/21/01 |

## GOLF COURSE NONSMOKING ROOM

| POSITION | Start | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|---|
| CASHIER | | | | | | | | |
| SELL-VARIFY | | | | | | Chris T.4:30p-10:30p | | |
| SELL-VARIFY | | | | | | | | |
| | | | | | | | | |
| Date: | | 10/15/01 | 10/16/01 | 10/17/01 | 10/18/01 | ###### | 10/20/01 | 10/21/01 |

*** To all Bingo Crew Members this is not a solid schedule. This shedule will change next week.