MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
Suite 807, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090

FILED
DISTRICT COURT OF GUAM

OCT 10 2003

MARY L. M. MORAN
CLERK OF COURT

19

Attorneys for Defendant Sodexho Management, Inc.


IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM


| | | |
|---|---|---|
| CLARISSA F. TOVES, CHRISTINE D. GUZMAN, and BRENDA L. HERNANDEZ, | ) ) ) ) | CIVIL CASE NO. 03-00018 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **CERTIFICATE OF SERVICE** |
| RAYTHEON TECHNICAL SERVICES, GUAM, INC., SODEXO MARRIOTT SERVICES, INC., NANA SERVICES, LLC, MARIE KRAUSS, JOSEPH MAJKA, and Does I through XX, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

I, RANDALL TODD THOMPSON, ESQ., hereby certify that on the 10th day

of October, 2003, I caused a copy of **SODEXHO MANAGEMENT INC.'S REPLY TO**

**NANA SERVICES, LLC.'S CROSSCLAIM AND CROSSCLAIM AGAINST NANA**

# ORIGINAL

**CERTIFICATE OF SERV ICE**
**CIVIL CASE NO. 03-00018**

**SERVICES, LLC. AND RAYTHEON TECHNICAL SERVICES, GUAM, INC.**, to be

served upon the following:

Sandra D. Lynch, Esq.
**LAW OFFICE OF SANDRA D. LYNCH**
Suite 101, C&A Professional Building
251 Martyr Street
Hagåtña, Guam 96910

David W. Dooley, Esq.
**DOOLEY LANNEN ROBERTS & FOWLER**
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96931

Frederick J. Horecky, Esq.
**LAW OFFICES OF HORECKY & ASSOCIATES**
1st Floor, J. Perez Building
138 Seaton Boulevard
Hagåtña, Guam 96910

Dated this _10½_ day of October, 2003.

> **MAIR, MAIR, SPADE & THOMPSON**
> A Professional Corporation
> Attorneys for Defendant Sodexho
>     Management, Inc.
>
> By _____
>     **RANDALL TODD THOMPSON**

P038136.RTT

2