| | |
|---|---|
| 1<br>2<br>3<br>4 | **LAW OFFICES OF**<br>**HORECKY & ASSOCIATES**<br>1st Floor, J. Perez Building<br>138 Seaton Boulevard<br>Hagåtña, Guam 96910<br>Telephone: (671) 472-8275/6<br>Facsimile: (671) 472-8403 |

**FILED**
DISTRICT COURT OF GUAM
OCT 17 2003
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Defendant
RAYTHEON TECHNICAL SERVICES, GUAM, INC.

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| CLARISSA F. TOVES, CHRISTINE D. GUZMAN, and BRENDA L. HERNANDEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> RAYTHEON TECHNICAL SERVICES, GUAM, INC., SODEXHO MARRIOT SERVICES, INC., NANA SERVICES LLC., MARIE KRAUSS, JOSEPH MAJKA, and DOES I through XX, <br><br> Defendants. <br><br> RAYTHEON TECHNICAL SERVICES, GUAM, INC., <br><br> Cross Claimant, <br><br> vs. <br><br> SODEXHO MANAGEMENT, INC. and NANA SERVICES, LLC., <br><br> Cross Claim Defendants. | CIVIL CASE NO. CV03-00018 <br><br><br><br><br><br><br><br><br><br><br><br><br><br> CERTIFICATE OF SERVICE |

I, Frederick J. Horecky, hereby certify that on the 17th day of October, 2003, I personally caused a copy of Defendant **REPLY OF RAYTHEON TECHNICAL SERVICES, GUAM, INC. TO CROSS CLAIM OF SODEXHO MANAGEMENT INC. AND CROSS CLAIMS AGAINST**

- 1 -

**SODEXHO MANAGEMENT, INC. AND NANA SERVICES, LLC.** to be served upon the following:

Sandra D. Lynch, Esq.
**LAW OFFICES OF SANDRA D. LYNCH**
Suite 101- C&A Professional Building
251 Martyr Street
Hagåtña, Guam 96932

David W. Dooley, Esq.
**DOOLEY LANNEN ROBERTS & FOWLER**
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96931

Todd R. Thompson, Esq.
**MAIR, MAIR, SPADE & THOMPSON, P.C.**
Suite 807, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910

Dated this 17th day of October, 2003.

**LAW OFFICES OF
HORECKY & ASSOCIATES**

By: _/s/ Frederick J. Horecky_
Frederick J. Horecky, Esq.
Attorneys for Defendant Raytheon Technical Services Guam, Inc.

- 2 -