MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
Suite 807, GCIC Building
414 West Soledad Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090

Attorneys for Defendant Sodexho Management, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| CLARISSA F. TOVES, CHRISTINE D. GUZMAN, and BRENDA L. HERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>RAYTHEON TECHNICAL SERVICES, GUAM, INC., SODEXO MARRIOTT SERVICES, INC., NANA SERVICES, LLC, MARIE KRAUSS, JOSEPH MAJKA, and Does I through XX,<br><br>Defendants. | CIVIL CASE NO. 03-00018<br><br><br><br>**CERTIFICATE OF SERVICE** |

I, RANDALL TODD THOMPSON, ESQ., hereby certify that on the 6th day of November, 2003, I caused a copy of **SODEXHO MANAGEMENT INC.'S REPLY TO RAYTHEON TECHNICAL SERVICES, GUAM, INC.'S CROSSCLAIM**, to be served upon the following:

**ORIGINAL**

CERTIFICATE OF SERVICE
CIVIL CASE NO. 03-00018

Sandra D. Lynch, Esq.
**LAW OFFICE OF SANDRA D. LYNCH**
Suite 101, C&A Professional Building
251 Martyr Street
Hagåtña, Guam 96910

David W. Dooley, Esq.
**DOOLEY LANNEN ROBERTS & FOWLER**
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96931

Frederick J. Horecky, Esq.
**LAW OFFICES OF HORECKY & ASSOCIATES**
1st Floor, J. Perez Building
138 Seaton Boulevard
Hagåtña, Guam 96910

Dated this 6th day of November, 2003.

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation
Attorneys for Defendant Sodexho
    Management, Inc.

By_____
        RANDALL TODD THOMPSON

P032160.rtt

2