DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

Attorneys for Defendant NANA Services, LLC



FILED
DISTRICT COURT OF GUAM
NOV 07 2003
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| CLARISSA F. TOVES, <br> CHRISTINE D. GUZMAN, <br> and BRENDA L. HERNANDEZ, <br><br> Plaintiffs, <br><br> v. <br><br> RAYTHEON TECHNICAL SERVICES, <br> GUAM, INC., SODEXHO MARRIOTT <br> MANAGEMENT, INC. dba SODEXHO <br> SERVICES, NANA SERVICES, LLC, <br> MARIE KRAUSS, JOSEPH MAJKA, and <br> DOES 1 THROUGH XX, <br><br> Defendants. | CIVIL CASE NO. 03-00018 <br><br><br><br><br><br> **ANSWER TO SODEXHO MANAGEMENT, INC.'S CROSS-CLAIM AGAINST NANA SERVICES, LLC** |
| NANA SERVICES, LLC, <br><br> Cross-Claimant, <br><br> v. <br><br> RAYTHEON TECHNICAL SERVICES, <br> GUAM, INC. and SODEXHO MARRIOTT <br> MANAGEMENT, INC. dba SODEXHO <br> SERVICES, <br><br> Cross-Claim Defendants. | |

(Caption continues)

*Clarissa F. Toves, et. al. v. Raytheon Technical Services Guam, Inc., et. al.*
District Court of Guam Civil Case No. 03-00018
Answer to Sodexho Management, Inc.'s
  Cross-Claim Against Nana Services, LLC
Page 2

|  |  |
|---|---|
| SODEXHO MARRIOTT SERVICES, INC., | ) |
| Crossclaim-Plaintiff, | ) |
| v. | ) |
| NANA SERVICES, LLC and RAYTHEON TECHNICAL SERVICES, GUAM, INC., | ) |
| Crossclaim Defendants. | ) |
| RAYTHEON TECHNICAL SERVICES, GUAM, INC., | ) |
| Cross Claimant, | ) |
| v. | ) |
| SODEXHO MANAGEMENT, INC. and NANA SERVICES, LLC, | ) |
| Cross Claim Defendants. | ) |

Defendant NANA Services, LLC (Defendant NANA Services), answers Sodexho Management, Inc.'s Cross-claim Against NANA Services, LLC (Defendant Sodexho) (Sodexho's Cross-claim) as follows:

## ANSWER

1.  Defendant NANA Services admits the allegations in paragraphs 1, 2, 3, 4, 5, 6, and 9 of Sodexho's Cross-claim.

*Clarissa F. Toves, et. al. v. Raytheon Technical Services Guam, Inc., et. al.*
District Court of Guam Civil Case No. 03-00018
Answer to Sodexho Management, Inc.'s
 Cross-Claim Against Nana Services, LLC
Page 3

2. Defendant NANA Services denies the allegations in paragraphs 10, 11, 13, 16, and 18 of Sodexho's Cross-claim.

3. As to paragraphs 12, 14, and 17 of Sodexho's Cross-claim, Defendant NANA Services incorporates their responses previously set forth as though fully set forth herein.

4. As to paragraph 7 of Sodexho's Cross-claim, Defendant NANA Services admits that it was a subcontractor with Defendant Raytheon Technical Services, Guam, Inc. (Defendant Raytheon), but denies that NANA Services was responsible for all acts alleged in Plaintiffs' Complaint to have occurred after and including July 20, 2002.

5. As to paragraph 8 of Sodexho's Cross-claim, Defendant NANA Services admits that it entered into a subcontract with Defendant Sodexho, and admits that the subcontract provides that NANA Services was responsible for the day-to-day management and control of its activities and employees, subject to Defendant Sodexho's authority to supervise employees and agents of Defendant NANA Services as specified in the subcontract. Defendant NANA Services denies all remaining allegations in paragraph 8.

///

///

///

///

///

///

*Clarissa F. Toves, et. al. v. Raytheon Technical Services Guam, Inc., et. al.*
District Court of Guam Civil Case No. 03-00018
Answer to Sodexho Management, Inc.'s
 Cross-Claim Against Nana Services, LLC
Page 4

6. As to the allegations in paragraph 15 of Sodexho's Cross-claim, Defendant NANA Services admits that section 11 of the subcontract provides that neither party to the subcontract shall be liable for the other party's failure to comply with applicable law, unless Defendant Sodexho's failure is caused by Defendant NANA Services' contractual direction. Defendant NANA Services denies all remaining allegations in paragraph 15.

Dated this 7th day of November, 2003.

DOOLEY LANNEN ROBERTS & FOWLER LLP

By: _____
JON A. VISOSKY
Attorneys for Defendant NANA Services, LLC

*Clarissa F. Toves, et. al. v. Raytheon Technical Services Guam, Inc., et. al.*
District Court of Guam Civil Case No. 03-00018
Answer to Sodexho Management, Inc.'s
 Cross-Claim Against Nana Services, LLC
Page 5

## CERTIFICATE OF SERVICE

I, **JON A. VISOSKY**, hereby declare that on November 7, 2003, I caused a copy of the Answer to Sodexho Management, Inc.'s Cross-Claim Against NANA Services, LLC to be served upon the following:

> Sandra D. Lynch, Esq.
> Suite 101 – C&A Building
> 251 Martyr Street
> Hagåtña, Guam 96910
>
> Todd R. Thompson, Esq.
> Mair, Mair, Spade & Thompson, P.C.
> Suite 807, GCIC Building
> 414 West Soledad Avenue
> Hagatna, Guam 96910
>
> Frederick J. Horecky, Esq.
> Law Offices of Horecky & Associates
> 1st Floor, J. Perez Building
> 138 Seaton Blvd.
> Hagatna, Guam 96910

Dated this 7th day of November, 2003.

_____
JON A. VISOSKY

F:\Documents\1\5 Civil\N139 Nana Services LLC\Answer to Sodexho's Cross-Claim.doc