DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

Attorneys for Defendant NANA Services, LLC



## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| CLARISSA F. TOVES, CHRISTINE D. GUZMAN, and BRENDA L. HERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>RAYTHEON TECHNICAL SERVICES, GUAM, INC., SODEXHO MARRIOTT MANAGEMENT, INC. dba SODEXHO SERVICES, NANA SERVICES, LLC, MARIE KRAUSS, JOSEPH MAJKA, and DOES 1 THROUGH XX,<br><br>Defendants.<br><br>NANA SERVICES, LLC,<br><br>Cross-Claimant,<br><br>v.<br><br>RAYTHEON TECHNICAL SERVICES, GUAM, INC. and SODEXHO MARRIOTT MANAGEMENT, INC. dba SODEXHO SERVICES,<br><br>Cross-Claim Defendants. | CIVIL CASE NO. 03-00018<br><br>**ANSWER TO RAYTHEON TECHNICAL SERVICES, GUAM, INC.'S CROSS-CLAIM AGAINST NANA SERVICES, LLC** |

(Caption continues)

*Clarissa F. Toves, et. al. v. Raytheon Technical Services Guam, Inc., et. al.*
District Court of Guam Civil Case No. 03-00018
Answer of Raytheon Technical Services, Guam, Inc.'s
 Cross-Claim Against NANA Services, LLC
Page 2

| | |
|---|---|
| SODEXHO MARRIOTT SERVICES, INC., | ) ) ) |
| Crossclaim-Plaintiff, | ) ) ) |
| v. | ) ) ) |
| NANA SERVICES, LLC and RAYTHEON TECHNICAL SERVICES, GUAM, INC., | ) ) ) ) ) |
| Crossclaim Defendants. | ) ) ) |
| RAYTHEON TECHNICAL SERVICES, GUAM, INC., | ) ) ) ) |
| Cross Claimant, | ) ) ) |
| v. | ) ) ) |
| SODEXHO MANAGEMENT, INC. and NANA SERVICES, LLC, | ) ) ) ) |
| Cross Claim Defendants. | ) ) |

Defendant NANA Services, LLC (Defendant NANA Services), answers Raytheon Technical Services, Guam, Inc.'s Cross-claim Against NANA Services, LLC (Defendant Raytheon) (Raytheon's Cross-claim) as follows:

## ANSWER

1. Defendant NANA Services admits the allegations in paragraphs 1, 2, 3, 4 and 18 of the Raytheon's Cross-claim.

*Clarissa F. Toves, et. al. v. Raytheon Technical Services Guam, Inc., et. al.*
District Court of Guam Civil Case No. 03-00018
Answer of Raytheon Technical Services, Guam, Inc.'s
 Cross-Claim Against NANA Services, LLC
Page 3

2. Defendant NANA Services denies the allegations in paragraphs 19, 22, 24, 25 and 26 of Raytheon's Cross-claim.

3. Defendant NANA Services lacks knowledge or information sufficient to form a belief as to the allegations in paragraphs 5, 6, 7, 8, 9, 10, 11, 13, 14, 15 and 16 of Raytheon's Cross-claim, and on that basis, denies the same.

4. As to paragraphs 23, 27 and 30 of Raytheon's Cross-claim, Defendant NANA Services incorporates their responses previously set forth as though fully set forth herein.

5. As to paragraph 12 of Raytheon's Cross-claim, Defendant NANA Services admits that it entered into a novation agreement with the remaining defendants on or about July 20, 2002 and admits that the novation agreement provides that Defendant Sodexho Marriott Management Inc. (Defendant Sodexho) transferred certain obligations and liabilities under the subcontracts referenced therein to Defendant NANA Services. Defendant NANA Services denies that it assumed liability for any of Plaintiffs' claims or defendants' cross-claims pursuant to the novation agreement. Defendant NANA Services denies all remaining allegations in paragraph 12.

6. As to paragraph 17 of Raytheon's Cross-claim, Defendant NANA Services admits that it entered into a subcontract with Defendant Sodexho wherein Defendant NANA Services assumed day-to-day control of its activities and employees under the subcontract with Defendant Raytheon, subject to Defendant Sodexho's authority to direct or supervise employees or agents of Defendant NANA Services. Defendant NANA Services lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 17, and on that basis, denies the same.

*Clarissa F. Toves, et. al. v. Raytheon Technical Services Guam, Inc., et. al.*
District Court of Guam Civil Case No. 03-00018
Answer of Raytheon Technical Services, Guam, Inc.'s
 Cross-Claim Against NANA Services, LLC
Page 4

7. As to paragraph 20 of Raytheon's Cross-claim, Defendant NANA Services denies that it managed and operated the facilities alleged at all times relevant, denies that it managed and supervised employees, including Plaintiffs, at all times relevant, denies that it established Plaintiffs' work schedules at all times relevant, and denies committing the acts and violations of law alleged by Plaintiffs. Defendant NANA Services admits that it managed and operated the facilities alleged, and managed and supervised Plaintiffs at certain times, subject to Defendant Sodexho's management authority.

8. As to paragraph 21 of Raytheon's Cross-claim, Defendant NANA Services denies that Plaintiffs' allegations arise out of Defendant NANA Services' performance under the subcontracts alleged, or Defendant NANA Services' management and operation of any facility. Defendant NANA Services denies that it or its employees, or employees under its control and supervision, committed the acts alleged by Plaintiffs. Defendant NANA Services lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 21, and on that basis denies the same.

9. As to paragraph 28 of Raytheon's Cross-claim, Defendant NANA Services denies that any right of indemnity for the benefit of Defendant Raytheon exists as to Defendant NANA Services. Defendant NANA Services lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 28, and on that basis denies the same.

10. As to paragraph 29 of Raytheon's Cross-claim, Defendant NANA Services denies that it must indemnify Defendant Raytheon. Defendant NANA Services lacks knowledge or information

*Clarissa F. Toves, et. al. v. Raytheon Technical Services Guam, Inc., et. al.*
District Court of Guam Civil Case No. 03-00018
Answer of Raytheon Technical Services, Guam, Inc.'s
  Cross-Claim Against NANA Services, LLC
Page 5

sufficient to form a belief as to the truth of the remaining allegations in paragraph 29, and on that basis denies the same.

11. As to paragraph 31 of Raytheon's Cross-claim, Defendant NANA Services denies that Plaintiffs' claims arise from the conduct of Defendant NANA Services. Defendant NANA Services lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 31, and on that basis denies the same.

12. As to paragraph 32 of Raytheon's Cross-claim, Defendant NANA Services denies that Defendant Raytheon is entitled to contribution from Defendant NANA Services under any theory. Defendant NANA Services lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph 32, and on that basis denies the same.

Dated this 7th day of November, 2003.

DOOLEY LANNEN ROBERTS & FOWLER LLP

By: _____
**JON A. WISOSKY**
Attorneys for Defendant NANA Services, LLC

*Clarissa F. Toves, et. al. v. Raytheon Technical Services Guam, Inc., et. al.*
District Court of Guam Civil Case No. 03-00018
Answer of Raytheon Technical Services, Guam, Inc.'s
 Cross-Claim Against NANA Services, LLC
Page 6

## CERTIFICATE OF SERVICE

I, **JON A. VISOSKY**, hereby declare that on November 7, 2003, I caused a copy of the Answer to Raytheon Technical Services, Guam, Inc.'s Cross-Claim Against NANA Services, LLC to be served upon the following:

> Sandra D. Lynch, Esq.
> Suite 101 – C&A Building
> 251 Martyr Street
> Hagåtña, Guam 96910
>
> Todd R. Thompson, Esq.
> Mair, Mair, Spade & Thompson, P.C.
> Suite 807, GCIC Building
> 414 West Soledad Avenue
> Hagatna, Guam 96910
>
> Frederick J. Horecky, Esq.
> Law Offices of Horecky & Associates
> 1st Floor, J. Perez Building
> 138 Seaton Blvd.
> Hagatna, Guam 96910

Dated this 7th day of November, 2003.

_____
**JON A. VISOSKY**

F:\Documents\1\5 Civil\N139 Nana Services LLC\Answer to Raytheon's Cross-Claim.doc