DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone No.(671) 646-1222
Facsimile No. (671) 646-1223

Attorneys for Defendant NANA Services, LLC

FILED
DISTRICT COURT OF GUAM
DEC 10 2003
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| CLARISSA F. TOVES,<br>CHRISTINE D. GUZMAN,<br>and BRENDA L. HERNANDEZ,<br><br>        Plaintiffs,<br><br>        v.<br><br>RAYTHEON TECHNICAL SERVICES,<br>GUAM, INC., SODEXHO MARRIOTT<br>MANAGEMENT, INC. dba SODEXHO<br>SERVICES, NANA SERVICES, LLC,<br>MARIE KRAUSS, JOSEPH MAJKA, and<br>DOES 1 THROUGH XX,<br><br>        Defendants.<br><br>NANA SERVICES, LLC,<br><br>        Cross-Claimant,<br><br>        v.<br><br>RAYTHEON TECHNICAL SERVICES,<br>GUAM, INC. and SODEXHO<br>MARRIOTT<br>MANAGEMENT, INC. dba SODEXHO<br>SERVICES,<br><br>        Cross-Claim Defendants. | CIVIL CASE NO. 03-00018<br><br><br><br><br><br><br><br><br>**NOTICE OF DEPOSITION OF PLAINTIFF<br>CLARISSA F. TOVES**<br><br>Date:   January 22, 2004<br>Time:  10:00 am |

**(Caption continues)**

*Clarissa F. Toves, et al. v. Raytheon Technical Services, Guam, Inc. et al.*
District Court Civil Case No. 03-00018
Notice of Deposition of Clarissa F. Toves
Page 4 of 4

## CERTIFICATE OF SERVICE

I, **JON A. VISOSKY**, hereby declare that on December 10, 2003, I caused a copy of Defendant NANA Services, LLC's Notice of Deposition of Plaintiff Clarissa F. Toves to be served upon the following:

> Sandra D. Lynch, Esq.
> Suite 101 – C&A Building
> 251 Martyr Street
> Hagåtña, Guam 96910
>
> Todd R. Thompson, Esq.
> Mair, Mair, Spade & Thompson, P.C.
> Suite 807, GCIC Building
> 414 West Soledad Avenue
> Hagatna, Guam 96910
>
> Frederick J. Horecky, Esq.
> Law Offices of Horecky & Associates
> 1st Floor, J. Perez Building
> 138 Seaton Blvd.
> Hagatna, Guam 96910

Dated this 10th day of December 2003.

_____
JON A. VISOSKY