DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone No.(671) 646-1222
Facsimile No. (671) 646-1223

Attorneys for Defendant NANA Services, LLC

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| CLARISSA F. TOVES, CHRISTINE D. GUZMAN, and BRENDA L. HERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>RAYTHEON TECHNICAL SERVICES, GUAM, INC., SODEXHO MARRIOTT MANAGEMENT, INC. dba SODEXHO SERVICES, NANA SERVICES, LLC, MARIE KRAUSS, JOSEPH MAJKA, and DOES 1 THROUGH XX,<br><br>Defendants. | CIVIL CASE NO. 03-00018<br><br>**NOTICE OF DEPOSITION OF PLAINTIFF BRENDA L. HERNANDEZ**<br><br>Date: January 21, 2004<br>Time: 10:00 am |
| NANA SERVICES, LLC,<br><br>Cross-Claimant,<br><br>v.<br><br>RAYTHEON TECHNICAL SERVICES, GUAM, INC. and SODEXHO MARRIOTT MANAGEMENT, INC. dba SODEXHO SERVICES,<br><br>Cross-Claim Defendants. | |

**(Caption continues)**

*Clarissa F. Toves, et al. v. Raytheon Technical Services, Guam, Inc. et al.*
District Court Civil Case No. 03-00018
Notice of Deposition of Brenda L. Hernandez
Page 2 of 4

| | )|
|---|---|
| SODEXHO MARRIOTT SERVICES, INC., | ) ) ) |
| Cross-claim-Plaintiff, | ) ) ) |
| v. | ) ) |
| NANA SERVICES, LLC and RAYTHEON TECHNICAL SERVICES, GUAM, INC., | ) ) ) ) ) |
| Cross-claim Defendants. | ) ) ) |
| RAYTHEON TECHNICAL SERVICES, GUAM, INC., | ) ) ) |
| Cross-Claimant, | ) ) ) |
| v. | ) ) |
| SODEXHO MANAGEMENT, INC. and NANA SERVICES, LLC, | ) ) ) ) |
| Cross-Claim Defendants. | ) ) |

**To:** **Plaintiffs Clarissa F. Toves, Christine D. Guzman and Brenda L. Hernandez,**
And Their Attorney of Record, Sandra D. Lynch, Esq.

**Defendant Raytheon Technical Services, Guam, Inc.,**
And Its Attorneys of Record, Horecky & Associates

**Defendant Sodexho Marriott Management, Inc. dba Sodexho Services,**
And Its Attorneys of Record, Mair, Mair, Spade and Thompson, P.C.

PLEASE TAKE NOTICE that on Wednesday, the 21st day of January 2004 at the hour of

10:00 am, at the law offices of Dooley Lannen Roberts & Fowler LLP, Suite 201 Orlean Pacific

*Clarissa F. Toves, et al. v. Raytheon Technical Services, Guam, Inc. et al.*
District Court Civil Case No. 03-00018
Notice of Deposition of Brenda L. Hernandez
Page 3 of 4

Plaza, 865 South Marine Drive, Tamuning, Guam 96913, Defendant NANA Services, LLC, through its attorneys of record, Dooley Lannen Roberts & Fowler LLP, by Jon A. Visosky, Esq., will take the deposition of Plaintiff **Brenda L. Hernandez**, upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a notary public or an officer authorized by law to administer oaths.

The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

Dated this 10th day of December 2003.

DOOLEY LANNEN ROBERTS & FOWLER LLP

By: _____
JON A. VISOSKY
Attorneys for Defendant
NANA Services, LLC