DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone No.(671) 646-1222
Facsimile No. (671) 646-1223

Attorneys for Defendant NANA Services, LLC

FILED
DISTRICT COURT OF GUAM
DEC 10 2003
MARY L. M. MORAN
CLERK OF COURT



## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| CLARISSA F. TOVES, CHRISTINE D. GUZMAN, and BRENDA L. HERNANDEZ, <br><br> Plaintiffs, <br><br> v. <br><br> RAYTHEON TECHNICAL SERVICES, GUAM, INC., SODEXHO MARRIOTT MANAGEMENT, INC. dba SODEXHO SERVICES, NANA SERVICES, LLC, MARIE KRAUSS, JOSEPH MAJKA, and DOES 1 THROUGH XX, <br><br> Defendants. | CIVIL CASE NO. 03-00018 <br><br><br><br><br><br><br><br> **NOTICE OF DEPOSITION OF PLAINTIFF CHRISTINE D. GUZMAN** <br><br> Date:  January 20, 2004 <br> Time:  10:00 am |
| NANA SERVICES, LLC, <br><br> Cross-Claimant, <br><br> v. <br><br> RAYTHEON TECHNICAL SERVICES, GUAM, INC. and SODEXHO MARRIOTT MANAGEMENT, INC. dba SODEXHO SERVICES, <br><br> Cross-Claim Defendants. | |

**(Caption continues)**

*Clarissa F. Toves, et al. v. Raytheon Technical Services, Guam, Inc. et al.*
District Court Civil Case No. 03-00018
Notice of Deposition of Christine D. Guzman
Page 2 of 4

|  |  |
|---|---|
| SODEXHO MARRIOTT SERVICES, INC., | ) ) ) ) |
| Cross-claim-Plaintiff, | ) ) ) |
| v. | ) ) |
| NANA SERVICES, LLC and RAYTHEON TECHNICAL SERVICES, GUAM, INC., | ) ) ) ) ) |
| Cross-claim Defendants. | ) ) ) |
| RAYTHEON TECHNICAL SERVICES, GUAM, INC., | ) ) ) ) |
| Cross-Claimant, | ) ) ) |
| v. | ) ) |
| SODEXHO MANAGEMENT, INC. and NANA SERVICES, LLC, | ) ) ) ) |
| Cross-Claim Defendants. | ) ) |

To: Plaintiffs Clarissa F. Toves, Christine D. Guzman and Brenda L. Hernandez, And Their Attorney of Record, Sandra D. Lynch, Esq.

Defendant Raytheon Technical Services, Guam, Inc., And Its Attorneys of Record, Horecky & Associates

Defendant Sodexho Marriott Management, Inc. dba Sodexho Services, And Its Attorneys of Record, Mair, Mair, Spade and Thompson, P.C.

PLEASE TAKE NOTICE that on Tuesday, the 20th day of January 2004 at the hour of 10:00 am, at the law offices of Dooley Lannen Roberts & Fowler LLP, Suite 201 Orlean Pacific

*Clarissa F. Toves, et al. v. Raytheon Technical Services, Guam, Inc. et al.*
District Court Civil Case No. 03-00018
Notice of Deposition of Christine D. Guzman
Page 3 of 4

Plaza, 865 South Marine Drive, Tamuning, Guam 96913, Defendant NANA Services, LLC, through its attorneys of record, Dooley Lannen Roberts & Fowler LLP, by Jon A. Visosky, Esq., will take the deposition of Plaintiff **Christine D. Guzman**, upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a notary public or an officer authorized by law to administer oaths.

The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

Dated this 10th day of December 2003.

                                            DOOLEY LANNEN ROBERTS & FOWLER LLP

By: _____
                                          JON A. VISOSKY
                                          Attorneys for Defendant
                                          NANA Services, LLC

*Clarissa F. Toves, et al. v. Raytheon Technical Services, Guam, Inc. et al.*
District Court Civil Case No. 03-00018
Notice of Deposition of Christine D. Guzman
Page 4 of 4

## CERTIFICATE OF SERVICE

I, **JON A. VISOSKY**, hereby declare that on December 10, 2003, I caused a copy of Defendant NANA Services, LLC's Notice of Deposition of Plaintiff Christine D. Guzman to be served upon the following:

>Sandra D. Lynch, Esq.
>Suite 101 – C&A Building
>251 Martyr Street
>Hagåtña, Guam 96910
>
>Todd R. Thompson, Esq.
>Mair, Mair, Spade & Thompson, P.C.
>Suite 807, GCIC Building
>414 West Soledad Avenue
>Hagatna, Guam 96910
>
>Frederick J. Horecky, Esq.
>Law Offices of Horecky & Associates
>1st Floor, J. Perez Building
>138 Seaton Blvd.
>Hagatna, Guam 96910

Dated this 10th day of December 2003.

_____
JON A. VISOSKY

F:\Documents\1\5 Civil\N139 - NANA Services LLC / \Notice of Deposition of Christine Guzman.doc