DOOLEY LANNEN ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

Attorneys for Defendant NANA Services, LLC

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| CLARISSA F. TOVES, CHRISTINE D. GUZMAN, and BRENDA L. HERNANDEZ, | ) ) ) ) | CIVIL CASE NO. 03-00018 |
| Plaintiffs, | ) ) | |
| v. | ) ) | JSU [PROPOSED] ORDER |
| RAYTHEON TECHNICAL SERVICES, GUAM, INC., SODEXHO MARRIOTT MANAGEMENT, INC. dba SODEXHO SERVICES, NANA SERVICES, LLC, MARIE KRAUSS, JOSEPH MAJKA, and DOES 1 THROUGH XX, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| NANA SERVICES, LLC, | ) ) | |
| Cross-Claimant, | ) ) | |
| v. | ) ) | |
| SODEXHO MARRIOTT MANAGEMENT, INC. dba SODEXHO SERVICES, | ) ) ) | |
| Cross-Claim Defendant. | ) ) | |

This matter came before the Court pursuant to Defendant NANA Services, LLC (Defendant NANA Services), Motion To Amend [First] Amended Answer To Complaint And Cross-Claim (Motion). on file herein. Good cause having been shown;

NOW, THEREFORE, IT IS HEREBY ORDERED that the Court hereby grants Defendant NANA Services' Motion.

DATED this 31st day of _____, 2003.

_____
JOHN S. UNPINGCO
Chief District Judge

PRESENTED BY:

DOOLEY LANNEN ROBERTS & FOWLER LLP

By: _____
JON A. VISOSKY
Attorneys for Defendant NANA Services, LLC

Date: Oct. 10, 2003

F:\Documents\1\5 Civil\N139 Nana Services LLC\Order.doc

**RECEIVED**
OCT 10 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM