SANDRA D. LYNCH, ESQ.
207 Martyr Street, Suite 3
Agana, Guam 96910
Telephone: (671)472-8889
Facsimile: (671) 472-8890
E-Mail: sdlynch@ite.net

*Attorneys for Plaintiffs Clarissa Toves, Christine Guzman, and Brenda Hernandez*

ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAY 05 2004
MARY L. M. MORAN
CLERK OF COURT

31

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| CLARISSA F. TOVES,<br>CHRISTINE D. GUZMAN,<br>BRENDA L. HERNANDEZ,<br><br>　　　　Plaintiffs<br><br>　　vs.<br><br>RAYTHEON TECHNICAL SERVICES,<br>GUAM, INC., SODEXO MARRIOTT<br>SERVICES, INC., NANA SERVICES,<br>LLC., MARIE KRAUSS,<br>JOSEPH MAJKA, and<br>Does I through XX,<br><br>　　　　Defendants.<br>_____<br>NANA SERVICES, LLC,<br>　　　　Cross-Claimant,<br><br>　　vs.<br><br>SODEXHO MARRIOTT MANAGEMENT,<br>INC. dba SODEXHO SERVICES,<br><br>　　　　Cross-Claim Defendant. | Civil Case No. 03-00018<br><br><br><br>**DISMISSAL WITH PREJUDICE** |

1   Plaintiffs, Clarissa F. Toves, Brenda L. Hernandez, and Christine D. Guzman, by and through
2   their attorney of record, Sandra D. Lynch, herein dismiss Defendants **Joseph Majka**, **Marie Krauss**,
3   and **Does I through XX** with prejudice.

Respectfully submitted this __4th__ day of May, 2004.

LAW OFFICES OF SANDRA D. LYNCH, ESQ., PC

_____
Sandra D. Lynch, Esq.

Clarissa Toves et al. vs. Raytheon Technical Services Guam, et al.
Civil Case No. 03-00018
Dismissal with Prejudice                -2-