MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090

FILED
DISTRICT COURT OF GUAM
MAY 10 2004
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Defendant Sodexho Management, Inc.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| CLARISSA F. TOVES, CHRISTINE D. GUZMAN, and BRENDA L. HERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>RAYTHEON TECHNICAL SERVICES, GUAM, INC., SODEXO MARRIOTT SERVICES, INC., NANA SERVICES, LLC, MARIE KRAUSS, JOSEPH MAJKA, and Does I through XX,<br><br>Defendants. | CIVIL CASE NO. 03-00018<br><br><br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

//

//

ORIGINAL

STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE
Civil Case No. 03-00018

---

COME NOW the parties to the above-captioned case pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, and move the Court to dismiss the case with prejudice. As grounds, the parties assert that they have settled the case.

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation
Attorneys for Defendant
  Sodexho Management, Inc.

Dated: 4/5/04

By_____
RANDALL TODD THOMPSON

**LAW OFFICES OF HORECKY & ASSOCIATES**
Attorneys for Defendant Raytheon Technical
  Services Guam, Inc.

Dated: 4/8/04

By_____
FREDERICK J. HORECKY

**DOOLEY, ROBERTS & FOWLER, LLP**
Attorneys for Defendant Nana Services, LLC

Dated: April 12, 2004

By_____
JON A. VISOSKY

2

STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE
Civil Case No. 03-00018

SANDRA D. LYNCH
Attorney at Law
Attorney for Plaintiffs

Dated: 4-26-04

*Sandra D. Lynch* (signature)
SANDRA D. LYNCH

## ORDER

For good cause shown, the above-captioned case is hereby dismissed with prejudice.

APPROVED AND SO ORDERED this __7th__ day of __May__, 2004.

FRANCES M. TYDINGCO-GATEWOOD
Designated Judge

Notice is hereby given that this document was entered on the docket on 05/10/04.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam

By: _____  05/10/04
Deputy Clerk     Date

P04742.RTT

**RECEIVED**
APR 26 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

3