FILED
DISTRICT COURT OF GUAM

MAY 20 2004

MARY L. M. MORAN
CLERK OF COURT

33

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF GUAM

| | |
|---|---|
| CLARISSA F. TOVES, et al., | CIVIL CASE NO. 03-00018 |
| Plaintiffs, | |
| vs. | **J U D G M E N T** |
| RAYTHEON TECHNICAL SERVICES, GUAM, INC., et al., | |
| Defendants. | |

Judgment is hereby entered in accordance with the Dismissal With Prejudice, filed May 5, 2004, and the Stipulation and Order for Dismissal with Prejudice, filed May 10, 2004.

Dated this 20th day of May, 2004, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was
entered on the docket on MAY 20 2004.
No separate notice of entry on the docket will
be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____  MAY 20 2004
Deputy Clerk        Date